# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3235

———————

Janetta Kearney,                    *
                                    *
        Appellant,                  *
                                    *   Appeal from the United States
    v.                              *   District Court for the
                                    *   Eastern District of Arkansas.
City of Little Rock; Capitol Zoning *   [UNPUBLISHED]
District Commission,                *
                                    *
        Appellees.                  *

———————

Submitted:  July 7, 2005
    Filed:  July 26, 2005

———————

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

———————

PER CURIAM.

    Janetta Kearney appeals the district court's[1] order dismissing her civil action against the City of Little Rock and the Capitol Zoning District Commission. After careful de novo review of the record, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude dismissal was proper for the reasons explained by the district court. The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

———————

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.